LJB

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 16-00259.WS |
| | * | USAO NO. 15R00459 |
| v. | * | |
| | * | VIOLATIONS: 21 USC § 846 |
| | * | 21 USC § 841(a)(1) & 2(a) |
| HEATHER TURNER ERWIN, | * | 21 USC § 952 & 2(a) |
| aka HEATHER TURNER SALAMONE, | * | |
| FRANK PETER SALAMONE, and | * | |
| MARANGELY CONDE | * | |

*FILED IN OPEN COURT DEC 28 2016 CHARLES R. DIARD, JR. CLERK*

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

Beginning on or about September 1, 2015, and continuing through on or about the date of the return of this indictment, in the Southern District of Alabama, Southern Division, and elsewhere the defendants,

> HEATHER TURNER ERWIN, aka
> HEATHER TURNER SALAMONE,
> FRANK PETER SALAMONE, and
> MARANGELY CONDE

did willfully, knowingly and unlawfully conspire with each other and with other persons, known and unknown to the Grand Jury, to distribute a Schedule II controlled substance, to-wit: Methylphenidate Hydrochloride (Ritalin), contrary to Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

Beginning on or about September 1, 2015, and continuing through on or about the date of the return of this indictment, in the Southern District of Alabama, Southern Division, and elsewhere the defendants,

> HEATHER TURNER ERWIN, aka
> HEATHER TURNER SALAMONE,
> FRANK PETER SALAMONE, and
> MARANGELY CONDE

did willfully, knowingly and unlawfully conspire with each other and with other persons, known and unknown to the Grand Jury, to intentionally and knowingly import into the United States a Schedule II controlled substance, to-wit: Methylphenidate Hydrochloride (Ritalin), contrary to Title 21, United States Code, Section 952.

In violation of Title 21, United States Code, Section 846.

## COUNT THREE

On or about October 14, 2015, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

> HEATHER TURNER ERWIN, aka
> HEATHER TURNER SALAMONE,
> FRANK PETER SALAMONE, and
> MARANGELY CONDE

aided and abetted by each other and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled substance, to-wit: approximately 536 Methylphenidate Hydrochloride (Ritalin) pills.

In violation of Title 21, United States Code, Section 841(a)(1) and 2(a).

## COUNT FOUR

On or about October 14, 2015, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

> **HEATHER TURNER ERWIN, aka**
> **HEATHER TURNER SALAMONE,**
> **FRANK PETER SALAMONE, and**
> **MARANGELY CONDE**

aided and abetted by each other and by other persons, both known and unknown to the Grand Jury, did intentionally and knowingly import into the United States approximately 536 pills or more of a mixture and substance containing a detectable amount of Methylphenidate Hydrochloride (Ritalin), a Schedule II narcotic controlled substance.

In violation of Title 21, United States Code, Section 952 and 2(a).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
By:

_____
LAWRENCE J. BULLARD
Assistant United States Attorney

_____
VICKI M. DAVIS
Assistant United States Attorney
Chief, Criminal Division                DECEMBER 2016